**UNITED STATES of America, Plaintiff—Appellee,**

v.

**David Daniel NELSON, Defendant— Appellant.**

No. 02–50009.

D.C. No. CR–01–01857–B.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 12, 2002.*

Decided Aug. 19, 2002.

Before SCHROEDER, Chief Judge, TASHIMA and RAWLINSON, Circuit Judges.

## MEMORANDUM**

David Daniel Nelson appeals his conviction by guilty plea to importation of marijuana, in violation of 21 U.S.C. §§ 952 and 960. Nelson's contention that the indictment should be dismissed because §§ 952 and 960 are unconstitutional under *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), is fore-

---

* This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

closed by *United States v. Mendoza–Paz,* 286 F.3d 1104, 1109–11 (9th Cir.2002) (section 960), and *United States v. Varela–Rivera,* 279 F.3d 1174, 1175 n. 1 (9th Cir. 2002) (section 952). His contention that the indictment should be dismissed because it did not allege mens rea as to drug type and quantity is foreclosed by *United States v. Carranza,* 289 F.3d 634, 644 (9th Cir.2002).

**AFFIRMED.**

---

[**] This disposition is not appropriate for publication and may not be cited to or by the